UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – –x

JENNIFER FELDSHER,                                    Index No.:  07-CV-10988

                         Plaintiff,                   **JURY DEMAND**

            -against-

JAIME A. LOUREIRO and GENERAL
TRANSPORTATION SERVICES, INC.,

                         Defendants.

– – – – – – – – – – – – – – – – – – – – – – – – – –x

    **PLEASE TAKE NOTICE**, that the undersigned demands a trial by a jury composed of 6

persons in the above entitled action.

Dated: Albertson, New York
        January 3, 2008

                     By:                              
                           THOMAS G. CHOJNACKI, ESQ. (TGC-6265)
                           AHMUTY, DEMERS & McMANUS, ESQS.
                           Attorneys for Defendants
                           **JAIME A. LOUREIRO and GENERAL**
                           **TRANSPORTATION SERVICES, INC.**
                           200 I. U. Willets Road
                           Albertson, New York 11507
                           (212) 513-7788
                           File No.: SIC 1445N7 TGC