## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                                        : SS.:
COUNTY OF NEW YORK  )

       GRACE ANDINO, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in Staten Island, New York.

       That on the 4th day of January, 2008, deponent served the within **ANSWER TO COMPLAINT, DEMAND FOR A BILL OF PARTICULARS, NOTICE FOR DISCOVERY AND INSPECTION AND DEMAND FOR PRODUCTION OF DOCUMENTS, DEMAND FOR EXPERT WITNESS INFORMATION, DEMAND FOR INSURANCE INFORMATION, DEMAND FOR COLLATERAL SOURCE, and NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION** upon:

Resnick & Binder, P.C.
2306 Coney Island Avenue
Brooklyn, New York  11223

the attorneys for the respective parties, hereto at the addresses designated by them for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                    GRACE ANDINO

Sworn to Before Me This
4th day of January, 2008

THERESA FIELDS
Notary Public, State of New York
No. 24-5011121
Qualified in Kings County
Commission Expires April 12, 2011