# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                    : SS.:
COUNTY OF NEW YORK  )

       **GRACE ANDINO**, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in Staten Island, New York.

       That on the 17th day of January, 2008, deponent served the within **JURY DEMAND** upon:

Resnick & Binder, P.C.
2306 Coney Island Avenue
Brooklyn, New York  11223

the attorneys for the respective parties, hereto at the addresses designated by them for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                              _____
                                       GRACE ANDINO

Sworn to Before Me This
17th day of January, 2008

THERESA FIELDS
Notary Public, State of New York
No. 24-5011121
Qualified in Kings County
Commission Expires April 12, 2011