```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - :
Jennifer Feldsher
           Plaintiff(s)            :   CONSENT TO PROCEED BEFORE
                                       UNITED STATES MAGISTRATE JUDGE
      - against -                  :
                                       07 civ. 10988 (DAB) (DNE)
Jamie Lourie & Gen. Transp.        :
           Defendant(s)                              Eaton
- - - - - - - - - - - - - - - - - :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-30-2008

IT IS HEREBY STIPULATED by the undersigned:

1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____      _____
Attorney(s) for Plaintiff(s)         Attorney(s) for Defendant(s)
Address 2306 Coney Isl Av. Bklyn     Address 123 William Street, NY, NY 10038
Telephone 718 336 3900  NY 11223     Telephone 212-513-7788

Resnick & Binder                     Ahmuty, Demers & McManus
Attorney(s) for J. Feldsher          Attorney(s) for _____
Address                              Address
Telephone                            Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b)).

SO ORDERED.

_____ 5/30/2008
Deborah A. Batts
               U.S.D.J.

Magistrate Judge Eaton _____ was assigned this case on 5-30-08

_____
For: Clerk U.S.D.C. S.D.N.Y.